UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ZHAI,<br><br>    Plaintiff,<br><br>    v.<br><br>MARKSTEIN BEVERAGE COMPANY, et al.,<br><br>    Defendants. | No. 2:19-cv-1980 JAM DB PS<br><br><br>ORDER |

Plaintiff Ann Zhai proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On October 13, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 13, 2020 (ECF No. 4) are adopted in full; and

2. This action is dismissed without prejudice.

DATED: December 7, 2020        /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE